United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, | No. C 08-02439 JW |
|     Plaintiff(s), | |
| v. | CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |
| MAIELLA, | |
|     Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for August 18, 2008 at 4:00 PM before Magistrate Judge Zimmerman has been reset to **August 25, 2008 at 10:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties are to file a JOINT case management conference statement by **August 15, 2008.**

Dated: May 21, 2008

                                      FOR THE COURT,
                                      Richard W. Wieking, Clerk

                                  by: _____/s/_____
                                        Elizabeth Garcia
                                        Courtroom Deputy